**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Francisco ESPARZA–GUTIERREZ,
Defendant—Appellant.**

No. 08–50157.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2008.*

Filed July 24, 2008.

U.S. Attorney's Office, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

David M.C. Peterson, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Appellee's unopposed motion for summary reversal and remand is granted. *See United States v. Forbes,* 172 F.3d 675, 675 (9th Cir.1999).

Appellant's request for immediate issuance of the mandate is granted. The mandate shall issue forthwith.

**REVERSED and REMANDED.**